An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO: C-A.J.E.P.W-R.,

CHRISTINE W.,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,
Respondent.

No. 62774

**FILED**

OCT 0 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

On July 16, 2013, this court entered an order directing appellant to properly serve the notice of appeal and civil proper person appeal statement on counsel for respondent within 15 days. This court also directed appellant to file in this court properly completed certificates of service for each of those documents within that same time period. *See* NRAP 25(d). Appellant was cautioned that failure to comply with the order would result in the dismissal of this appeal.

On September 4, 2013, respondent filed a motion to dismiss this appeal on the basis that appellant failed to comply with the service requirements as directed in our prior order. Appellant has not filed any opposition to the motion to dismiss nor has she filed the required

SUPREME COURT
OF
NEVADA

(O) 1947A

13-29729

certificates of service.[1]  Under these circumstances, it appears that appellant has abandoned this appeal, and we therefore grant respondent's motion, and

ORDER this appeal DISMISSED.

_____ , J.
Hardesty

_____ , J.
Parraguirre

_____ , J.
Cherry

cc:  Hon. Robert Teuton, District Judge, Family Court Division
Christine W.
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

---

[1]The July 16, 2013, order was mailed to appellant at her last known address, but returned in the mail with no forwarding address. Appellant has an obligation to maintain a current address with this court and her failure to do so, leaving this court unable to communicate with her, constitutes an independent basis for dismissing this appeal.

